| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: US Bankruptcy Court v. Jeanie Wiesner | |

Order Filed on August 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Misc. Pro. No.: 24-00111

Hearing Date: _____

Judge: Altenburg

# ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROPERLY FILE LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that _____Jeanie Wiesner_____, attorney for the debtor(s) has failed to properly file a List of Creditors with the petition as required by Fed. R. Bankr. P. 1007(a)(1) in the cases listed below.

| Case Number and Debtor's Name | Date Petition Filed | Failure to: |
|---|---|---|
| 24-18042-ABA Bagby | 8/13/2024 | ☒ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |
| 24-16931-ABA Delash | 7/11/2024 | ☒ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |
| 24-14467-JNP Quinton | 4/30/2024 | ☒ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |
| 24-14025-JNP Orsini | 4/19/2024 | ☒ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |
| 24-13210-CMG Akhator | 3/27/2024 | ☒ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |
|  |  | ☐ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |
|  |  | ☐ Upload a List of Creditors <br> ☐ File a PDF of the List of Creditors |

For good cause shown, it is hereby

ORDERED that _____Jeanie Wiesner_____ must appear at a hearing to be held before the Honorable ___Andrew B. Altenburg Jr.___ on _____9/10/2024_____ at ___10:00am___ at the United States Bankruptcy Court, __Mitchell H. Cohen Federal Courthouse__ _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. ___4B___ to show cause why sanctions should not be imposed for repeated failure to properly file a List of Creditors.

**FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*new.8/1/17*