

357 SW Kestor Drive, Port Saint Lucie, FL 34953

(772) 348-4240 / info@spiltmedia.com

**BestCase Technical Support Statement**

To Whom It May Concern,

My name is Max Jennings, and I am with Spilt Media, a Florida-based company that has been assisting Sadek Law with their technical infrastructure for about seven months. As part of our services, we have been helping Sadek Law manage their network and software, including BestCase.

Since we began working with Sadek Law earlier this year, we have spent considerable time debugging and fixing issues with BestCase. Some of the recurring problems have included, but are not limited to:

1. File Access Problems: Multiple instances have been reported where files within BestCase were not able to be seen by all users despite being in a shared directory.
2. Data Integrity Issues: There have been occurrences where data within the software appeared to be missing or corrupted, often requiring a reindexing process to be initiated.
3. Frequent Software Crashes: BestCase has exhibited an increasing number of bugs and crashes, particularly over the last four months.

While our team has been able to resolve many of these issues using the support documentation provided by BestCase, there have been several occasions where we had to seek assistance from BestCase's technical support team, either through verbal or remote support. Additionally, members of Sadek Law have also needed to contact BestCase support directly on several occasions.

In light of these ongoing issues, we have recommended that Sadek Law migrate to the BestCase cloud platform. Our team is currently developing a plan to facilitate this migration while ensuring that key functionalities, such as email journaling—which the online platform does not currently provide—are maintained.

We will continue to monitor and support Sadek Law and their use of the BestCase software to minimize issues until the migration to the cloud platform is completed.

Sincerely,
Max Jennings

Tel. 772-348-4240
info@spiltmedia.com
www.spiltmedia.com