**Jeanie Wiesner &lt;jeanie@sadeklaw.com&gt;**

---

**Transition to Best Case Cloud**
1 message

---

**George Vogl** &lt;George.Vogl@stretto.com&gt;    Thu, Aug 15, 2024 at 9:33 AM
To: "Brad Sadek, Esq." &lt;brad@sadeklaw.com&gt;, "Jeanie Wiesner, Esq." &lt;jeanie@sadeklaw.com&gt;, Raymond Stuchell &lt;Raymond.Stuchell@stretto.com&gt;, Josh Jezsik &lt;Josh.Jezsik@stretto.com&gt;

## Microsoft Teams Need help?

### Join the meeting now

Meeting ID: 231 355 157 108

Passcode: Wwk4VC

---

**Dial in by phone**

+1 929-352-2902,,945515851# United States, New York City

Find a local number

Phone conference ID: 945 515 851#

For organizers: Meeting options | Reset dial-in PIN

---

📄 **invite.ics**
4K



Jeanie Wiesner <jeanie@sadeklaw.com>

## Migrating to Best Case Cloud
2 messages

**George Vogl** <George.Vogl@stretto.com>
To: "Brad Sadek, Esq." <brad@sadeklaw.com>, "Jeanie Wiesner, Esq." <jeanie@sadeklaw.com>
Cc: Josh Jezsik <Josh.Jezsik@stretto.com>, Raymond Stuchell <Raymond.Stuchell@stretto.com>

Brad & Jeanie,

It was great to see you again and thank you for the time. This is to confirm that our current plan is to migrate your case/client data from Best Case Desktop to Best Case Cloud over the weekend of Friday, September 13 – Sunday, September 15. On Monday, September 16, all of your data will be live on Best Case Cloud so your team can operate without interruption. A few items that need to occur prior to the transition:

1. Josh will reach out to Max Jennings, 561-320-7469, to discuss the current install of Best Case Desktop, access needs and the actual data migration process to ensure that the data flows seamlessly.
2. Raymond will put together the 2025 custom renewal pricing on Best Case Cloud to account for eight (8) active user licenses.
3. George will work with Brad & Jeanie to coordinate virtual training on Best Case Cloud for all team members to ensure a core level of proficiency before September 16th.
    a. George will also coordinate having a Client Success team member onsite at least for September 13th and September 16th to conduct live training, answer questions and facilitate any issues that may arise in the data transition.

More to follow. We are very much looking forward to this transition and hope you are as well. Thank you.

Respectfully,

George

**George M. Vogl, JD/MBA**

Managing Director

**Stretto**

Office: 847-585-2383

Mobile: 773-330-8659

410 Exchange, Ste. 100
Irvine, CA 92602

www.stretto.com

---

**Raymond Stuchell** <Raymond.Stuchell@stretto.com>
To: "Brad Sadek, Esq." <brad@sadeklaw.com>, "Jeanie Wiesner, Esq." <jeanie@sadeklaw.com>
Cc: Josh Jezsik <Josh.Jezsik@stretto.com>, George Vogl <George.Vogl@stretto.com>

Thanks again for the time today Brad/Jeanie.

As George mentioned below, here is the pricing for the firm.

1. No payment is due on the account until 2/13/2025
2. On that date, the firm will be billed          per month for the next 12 months.  If you choose, you can elect to pay the full amount for the year as well.
3. Prior to the 2026 renewal date, we will review the account with you and provide pricing at that point.

**Raymond Stuchell**

Senior Director, Business Development

T: 937.235.8923 | C: 937.671.4012

**Stretto**
410 Exchange, Ste.100 | Irvine, CA 92602

T: 800.492.8037

Stretto.com

[Quoted text hidden]