UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | MP – 24-00111-ABA |
|---|---|---|
| US Bankruptcy Court v. Jeanie Wiesner | Judge: | Andrew B. Altenburg, Jr. |
| | Hearing Date: | September 10, 2024 |

### ORDER ON ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: September 10, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re US Bankruptcy Court v. Jeanie Wiesner*
*Case No.: MP – 24-00111-ABA*
*Order on Order to Show Cause Why Sanctions Should Not be Imposed*
Page | 2

---

**THIS MATTER** having come before the court by the court's Order to Show Cause Why Sanctions Should Not be Imposed for Failure to Properly File List of Creditors (Doc. No. 2); and Jeanie Wiesner, Esquire having failed to properly file a List of Creditors in five cases and a response being filed; and after a hearing at which Ms. Wiesner appeared;

And for the reasons set forth on the record and for good cause shown; it is

**ORDERED** that the court will not enter sanctions against Ms. Wiesner at this time.

**IT IS FURTHER ORDERED** that should Ms. Wiesner fail to properly file a list of creditors in any future case, this court shall sanction her $500 and reserves its rights to impose any further sanctions, including but not limited to, a denial of all filing privileges.