UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

US Bankruptcy Court v. Jeanie Wiesner

Order Filed on March 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Misc. Pro. No.:      24-00111

Hearing Date:        3/25/2025

Judge:               Altenburg

# ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROPERLY FILE LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 4, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that _____Jeanie Wiesner_____, attorney for the debtor(s) has failed to properly file a List of Creditors with the petition as required by Fed. R. Bankr. P. 1007(a)(1) in the cases listed below.

| Case Number and Debtor's Name | Date Petition Filed | Failure to: |
|---|---|---|
| 25-12020 | 2/28/2025 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-18326 | 8/22/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-18042 | 8/13/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-16931 | 7/11/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-14467 | 4/30/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-14025 | 4/19/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-13210 | 3/27/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |

For good cause shown, it is hereby

ORDERED that _____Jeanie Wiesner_____ must appear at a hearing to be held before the Honorable ___Andrew B. Altenburg, Jr.___ on _____3/25/2025_____ at __10:00 am__ at the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. __4B__ to show cause why sanctions should not be imposed for repeated failure to properly file a List of Creditors.

**FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*new.8/1/17*